UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:

DAVID W. SMITH and MARY ANN SMITH,
Plaintiffs,

vs.  **04 - 30101 - MAP**

RESPONSIVE TRUCKING, INC. and RICHARD R. STEWART, JR.,
Defendants.

FILING FEE PAID:
RECEIPT # 305624
AMOUNT $ 150.00
BY DPTY CLK ___
DATE 5/24/04

**COMPLAINT FOR MONETARY RELIEF**

*A. Parties.*

1. The plaintiff, David W. Smith, is a natural person who resides at 11 Kings Berry Lane, Woodstown, Salem County, New Jersey.

2. The plaintiff, Mary Ann Smith, is a natural person who resides at 11 Kings Berry Lane, Woodstown, Salem County, New Jersey and who is the wife of the plaintiff, David W. Smith.

3. The defendant, Richard R. Stewart, Jr., is a natural person who resides at 3 Beacon Avenue, Apartment No. 2, Holyoke, Massachusetts.

4. The defendant, Responsive Trucking, Inc., is a domestic for profit corporation duly organized and existing under the laws of the Commonwealth of Massachusetts, which at all times material conducted its business and maintained its principal place of business at 339 Silver Street, Agawam, Massachusetts.



*B. Jurisdiction and Venue.*

5. Jurisdiction over the subject matter of this civil action is conferred by 28 U.S.C. § 1332(a)(1), in that this action is between citizens of different states and the matter in controversy exceeds the sum of value of Seventy-Five Thousand and 00/100 ($75,000.00) Dollars, exclusive of interest and costs and, to the extent that there is not original jurisdiction over any individual claim in this proceeding, the Court possesses jurisdiction over all such claims under the supplemental jurisdiction conferred by 28 U.S.C. § 1367.

6. Jurisdiction over the defendants is conferred by General Laws, Ch. 223A, § 3, in that this action arises from the conduct of the defendants, either directly or by their respective agents, in transacting business in the Commonwealth of Massachusetts and in causing tortuous injury by acts or omissions in the Commonwealth of Massachusetts.

7. Venue of this action in this Court is proper pursuant to 28 U.S.C. § 1391(a) and (c), in that the events or omissions giving rise to the claims herein asserted arose in this district, and the defendants reside in this district, and the only parties residing or deemed to reside in Massachusetts reside in the Western Section of this district.

*C. Claims for Relief.*

COUNT I

8. On June 1, 2001, the plaintiff, David W. Smith, was operating a motor vehicle with due care on Exit 3 from Interstate Route 91 North to Route 5 North, a public way in Springfield, Massachusetts.

9. At the same time and place, the defendant, Richard R. Stewart, Jr., was an employee of the defendant, Responsive Trucking, Inc., who was operating, within the course and scope of his employment, a commercial tractor-trailer that was owned by and registered to the defendant, Responsive Trucking, Inc., and that was proceeding on Exit 3 from Interstate Route 91 North.

10. The defendant, Richard R. Stewart, Jr., negligently and carelessly failed to keep the tractor-trailer within the marked lane controlling his travel.

11. The defendant, Richard R. Stewart, Jr., so negligently and carelessly operated this tractor-trailer that the tractor-trailer collided with great force and impact with the motor vehicle operated by the plaintiff, David W. Smith, all while the motor vehicle of the plaintiff, David W. Smith, was stopped in traffic.

12. As a direct and proximate result of the negligence and carelessness of the defendant, Richard R. Stewart, Jr., the plaintiff, David W. Smith, has sustained serious and permanent personal injuries, has suffered and continues to suffer great pain of body and mind, was and continues to be prevented from engaging in his usual activities, work and pursuits and has incurred substantial expenses, presently in excess of Two Thousand and 00/100 ($2,000.00) Dollars, for medical care and attention, which expenses are continuing.

*WHEREFORE*, the plaintiff, David W. Smith, demands judgment against the defendant, Richard R. Stewart, Jr., for compensatory damages in the amount of One

Million Two Hundred Thousand and 00/100 ($1,200,000.00) Dollars, together with statutory interest, costs and such other and further relief as the court deems appropriate.

## COUNT II

13. The plaintiffs incorporate by reference the averments of paragraphs 1 through and including 12.

14. As a further direct and proximate result of the aforementioned negligent and careless acts and omissions of the defendant, Richard R. Stewart, Jr., and of the injuries and disabilities sustained by the plaintiff, David W. Smith, the plaintiff, Mary Ann Smith, as the wife of the plaintiff, David W. Smith, has suffered and continues to suffer direct injury and harm, including a loss of the society, companionship, support and consortium in all things related to her marital relationship with her husband.

*WHEREFORE*, the plaintiff, Mary Ann Smith, demands judgment against the defendant, Richard R. Stewart, Jr., for compensatory damages in the amount of Two Hundred Thousand and 00/100 ($200,000.00) Dollars, together with statutory interest, costs and such other and further relief as the court deems appropriate.

## COUNT III

15. The plaintiffs incorporate by reference the averments of paragraphs 13 and 14.

16. At the time of his aforementioned negligent and careless acts and omissions and the aforementioned collision, the defendant, Richard R. Stewart, Jr., was operating the tractor-trailer as an agent and employee of, and within the course and scope of his agency

and employment with, the defendant, Responsive Trucking, Inc., all with the knowledge, authority and consent of the defendant, Responsive Trucking, Inc., and all for the benefit of, and for the purposes of and on the business of the defendant, Responsive Trucking, Inc., such that the defendant, Responsive Trucking, Inc., is legally liable and responsible for the aforementioned negligent and careless acts and omissions of the defendant, Richard R. Stewart, Jr.

17.  As a direct and proximate result of the negligence and carelessness of the defendant, Richard R. Stewart, Jr., for which the defendant, Responsive Trucking, Inc. is legally liable and responsible, the plaintiff, David W. Smith, has sustained serious and permanent personal injuries, has suffered and continues to suffer great pain of body and mind, was and continues to be prevented from engaging in his usual activities, work and pursuits and has incurred substantial expenses, presently in excess of Two Thousand and 00/100 ($2,000.00) dollars, for medical care and attention, which expenses are continuing.

*WHEREFORE*, the plaintiff, David W. Smith, demands judgment against the defendants, Richard R. Stewart, Jr. and Responsive Trucking, Inc., jointly and severally, for compensatory damages in the amount of One Million Two Hundred Thousand and 00/100 ($1,200,000.00) Dollars, together with statutory interest, costs and such other and further relief as the court deems appropriate.

## COUNT IV

18. The plaintiffs incorporate by reference the averments of paragraphs 15 through and including 17.

20. As a further direct and proximate result of the aforementioned negligent and careless acts and omissions of the defendant, Richard R. Stewart, Jr., for which the defendant, Responsive Trucking, Inc., is legally liable and responsible, and as a further direct and proximate result of the injuries and disabilities sustained by the plaintiff, David W. Smith, the plaintiff, Mary Ann Smith, as the wife of the plaintiff, David W. Smith, has suffered and continues to suffer direct injury and harm, including a loss of the society, companionship, support and consortium in all things related to her marital relationship with her husband.

*WHEREFORE*, the plaintiff, Mary Ann Smith, demands judgment against the defendant, Richard R. Stewart, Jr. and Responsive Trucking, Inc., jointly and severally, for compensatory damages in the amount of Two Hundred Thousand and 00/100 ($200,000.00) Dollars, together with statutory interest, costs and such other and further relief as the court deems appropriate.

Dated: May 24, 2004                    THE PLAINTIFFS,
                                       DAVID W. SMITH
                                        and MARY ANN SMITH,


                                       By: /s/ Mark J. Albano
                                       Mark J. Albano, Esq.
                                       DALSEY, FERRARA & ALBANO
                                       73 State Street, Suite 101
                                       Springfield, MA  01103-2069
                                       Tel. (413) 736-6971
                                       Fax. (413) 746-9224
                                       B.B.O. No.: 013860