# United States District Court

_____ DISTRICT OF _____

Massachusetts

| | |
|---|---|
| DAVID W. SMITH and MARY ANN SMITH,<br>             v.   Plaintiffs,<br>RESPONSIVE TRUCKING, INC. and<br>RICHARD R. STEWART, JR.,<br>                  Defendants. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER:<br><br>**04-30101-MAP** |

TO: (Name and Address of Defendant)

Richard R. Stewart, Jr.
3 Beacon Ave., Apartment No. 2
Holyoke, MA 01040

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Mark J. Albano, Esq.
DALSEY, FERRARA & ALBANO
73 State Street - Suite 101
Springfield, MA 01103
Tel. No.: 413.736.6971

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

DATE 5/24/04

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

NAME

Chec

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

May 27, 2004

I hereby certify and return that on 5/26/2004 at 02:00 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT & CIVIL COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of RICHARD R. STEWART, JR., 3 BEACON Avenue, HOLYOKE, MA 01040. Attestation X 1 ($5.00), Conveyance ($2.70), Travel ($5.76), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $44.46

Deputy Sheriff DAVID K. TENNEY

☐ Other (specify): _____

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                    Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.