# United States District Court

_____ DISTRICT OF _____

MASSACHUSETTS

| | |
|---|---|
| DAVID W. SMITH and MARY ANN SMITH,<br>　　　　　Plaintiffs,<br>　　　　V.<br>RESPONSIVE TRUCKING, INC. and<br>RICHARD R. STEWART, JR.,<br>　　　　　Defendants. | SUMMONS IN A CIVIL ACTION<br><br>CASE NUMBER:<br><br>04 - 3 0 1 0 1 - MAP |

TO: (Name and Address of Defendant)

Responsive Trucking, Inc.
339 Silver Street
Agawam, MA   01001

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Mark J. Albano, Esq.
DALSEY, FERRARA & ALBANO
73 State Street - Suite 101
Springfield, MA 01103
Tel. No.: 413.736.6971

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
_____
CLERK

_____
BY DEPUTY CLERK

_____5/24/04_____
DATE

AO 440 (Rev. 5/85) Summons in a Civil Action

# RETURN OF SERVICE

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

May 27, 2004

I hereby certify and return that on 5/26/2004 at 02:46 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT & CIVIL COVER SHEET in this action in the following manner: To wit, by delivering in hand to CAROL LUEB, SEC., , agent, person in charge at the time of service for RESPONSIVE TRUCKING, INC., , 339 SILVER Street, AGAWAM, MA 01001. Attestation X 1 ($5.00), Conveyance ($1.50), Travel ($3.20), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $40.70

Deputy Sheriff MICHAEL POWERS

_____
Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                Signature of Server

                                _____
                                Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.