UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID W. SMITH and )
MARY ANN SMITH, )
               Plaintiffs )
)
vs. )    CASE NUMBER: 04-30101-MAP
)
RESPONSIVE TRUCKING, INC. and )
RICHARD R. STEWART, JR., )
               Defendants )

## DEFENDANTS' ANSWER AND DEMAND FOR TRIAL

### A. Parties

1. The Defendants are without sufficient knowledge to admit or deny the allegations contained in Paragraph 1 of the Plaintiffs' Complaint.

2. The Defendants are without sufficient knowledge to admit or deny the allegations contained in Paragraph 2 of the Plaintiffs' Complaint.

3. The Defendants admit the allegations contained in Paragraph 3 of the Plaintiffs' Complaint.

4. The Defendants admit the allegations contained in Paragraph 4 of the Plaintiffs' Complaint.

### B. Jurisdiction

5. The Defendants deny the allegations contained in Paragraph 5 of the Plaintiffs' Complaint.

6. The Defendants are without sufficient knowledge to admit or deny the allegations contained in Paragraph 6 of the Plaintiffs' Complaint.

7. The Defendants are without sufficient knowledge to admit or deny the allegations contained in Paragraph 7 of the Plaintiffs' Complaint.

### C. Claims for Relief
### COUNT I

8. The Defendants deny the allegations contained in Paragraph 8 of the Plaintiffs' Complaint.

9. The Defendants admit the allegations contained in Paragraph 9 of the Plaintiffs' Complaint.

10. The Defendants deny the allegations contained in Paragraph 10 of the Plaintiffs' Complaint.

11. The Defendants deny the allegations contained in Paragraph 11 of the Plaintiffs' Complaint.

12. The Defendants deny the allegations contained in Paragraph 12 of the Plaintiffs' Complaint.

### COUNT II

13. The Defendants repeat, reallege and incorporate herein by reference their responses to Paragraph 1 through 12 of the Plaintiffs' Complaint.

14. The Defendants deny the allegations contained in Paragraph 14 of the Plaintiffs' Complaint.

### COUNT III

15. The Defendants repeat, reallege and incorporate herein by reference their responses to Paragraphs 13 and 14 of the Plaintiffs' Complaint.

16. The Defendants deny the allegations contained in Paragraph 16 of the Plaintiffs' Complaint.

17. The Defendants deny the allegations contained in Paragraph 17 of the Plaintiffs' Complaint.

### COUNT IV

18. The Defendants repeat, reallege and incorporate herein by reference their responses to Paragraphs 15 through 17 of the Plaintiffs' Complaint.

20. (sic) The Defendants deny the allegations contained in Paragraph 20 of the Plaintiffs' Complaint.

### **AFFIRMATIVE DEFENSES**

#### FIRST DEFENSE

The Complaint fails to state a claim or claims against the Defendants upon which relief can be granted.

## SECOND DEFENSE

The contributory negligence of the Plaintiff was greater than the alleged negligence of the Defendants, wherefore, the Plaintiffs cannot recover.

## THIRD DEFENSE

The negligence of the Plaintiff contributed in some degree to the cause of the alleged accident and/or the injuries sustained; wherefore, the damages, if any, awarded to the Plaintiff should be diminished and reduced in accordance with law.

## FOURTH DEFENSE

The Plaintiff's injuries, if any, were caused by a person or entity for whose conduct the Defendants are not and are not responsible.

## FIFTH DEFENSE

The Plaintiff assumed the risk and is therefore barred from making any claim against the Defendants.

## SIXTH DEFENSE

The Defendants are exempt from tort liability as provided in Massachusetts General Laws, Chapter 90, Section 34M.

## SEVENTH DEFENSE

The Defendants state that the Plaintiff is not entitled to recover damages for pain and suffering under Massachusetts General Laws, Chapter 231, Section 6D(1-5).

## EIGHTH DEFENSE

The Plaintiffs are not entitled to maintain this cause of action because neither their special damages nor the nature and extent of their injuries entitle them to maintain a civil action for damages.

## NINTH DEFENSE

The Plaintiffs have failed to properly serve process upon the Defendants.

## TENTH DEFENSE

The Defendants hereby give notice that they intend to rely upon such other and further defenses as may become available or apparent during the course of discovery, and hereby reserve the right to amend their answer to assert any such defense.

THE DEFENDANTS,
By Their Attorney,

Dated: June 8, 2004

Kevin G. Murphy, Esquire
Pessolano, Dusel, Murphy & Casartello, PC
115 State Street, Fifth Floor
Springfield, MA 01103
Phone (413) 781-4700
Fax (413) 781-0471
BBO No. 363110

## CERTIFICATE OF SERVICE

I, Kevin G. Murphy, Esquire, hereby certify that on this date, I caused the foregoing document to be served upon the other party (ies) in this action by mailing a copy of same, first class mail, postage prepaid to: Mark J. Albano, Eq., 73 State Street - Suite 101, Springfield, MA 01103.

Dated: June 8, 2004

Kevin G. Murphy, Esq.