UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID W. SMITH and MARY ANN SMITH,<br>    Plaintiff<br><br>v.<br><br>RESPONSIVE TRUCKING COMPANY, INC.,<br>and RICHARD R. STEWART, JR. | CIVIL ACTION NO.:<br>04-30101-MAP |

### NOTICE OF APPEARANCE

Please enter my appearance as attorney for the co-plaintiff, ALSTOM Power Inc. and Gallagher Bassett Services, Inc., in the above-captioned action.

Dated: 6/22/04

THE CO-PLAINTIFFS,
ALSTOM POWER INC. AND
GALLAGHER BASSETT SERVICES, INC.,
BY THEIR ATTORNEY,

_____
Anthony M. Campo, BBO# 552093
BOYLE, MORRISSEY & CAMPO, P.C.
25 Stuart Street, 3rd Floor
Boston, MA 02116
(617) 451-2000
Fax: (617) 451-5775

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d) I, Anthony M. Campo, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

Mark J. Albano, Esq.
Dalsey, Ferrara, & Albano
73 State Street, Suite 101
Springfield, MA 01103

Kevin G. Murphy, Esq.
Pessolan, Dusel, Murphy & Casartello
115 State Street, 5th Floor
Springfield, MA 01103

SIGNED UNDER THE PENALTIES OF PERJURY THIS 22nd DAY OF June, 2004.

Anthony M. Campo, BBO# 552093
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775