UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID W. SMITH and MARY ANN SMITH, )
    Plaintiff )
     )
v. ) CIVIL ACTION NO.:
     ) 04-30101-MAP
     )
RESPONSIVE TRUCKING COMPANY, INC., )
and RICHARD R. STEWART, JR. )

**MOTION TO INTERVENE FOR ALSTOM POWER INC. AND GALLAGHER BASSETT SERVICES, INC. AS CO-PLAINTIFFS AND TO FILE INTERVENING COMPLAINT**

The subscriber respectfully represents:

1. The Plaintiff alleges that at the time of the personal injuries sustained in the above-entitled action, he was in the employ of ALSTOM Power Inc. within the meaning of the Worker's Compensation Act of the State of Connecticut and said injuries arose out of an in the course of his employment.

2. By virtue of the personal injuries for which the Plaintiff seeks recovery in the above-entitled action, the subscriber may have paid and/or become obligated to pay workers' compensations benefits to and on behalf of the Plaintiff under the terms of the Workers' Compensation Act of the State of Connecticut.

3. The subscriber respectfully moves for permission to intervene in this action as Co-Plaintiff's and file an Intervening Complaint, attached hereto.

CO-PLAINTIFFS,
ALSTOM POWER INC. AND
GALLAGHER BASSETT SERVICES, INC.,
BY THEIR ATTORNEY,

_____
Anthony M. Campo / BBO# 552093
BOYLE, MORRISSEY & CAMPO, P.C.
25 Stuart Street, 3rd Floor
Boston, MA 02116
(617) 451-2000
Fax: (617) 451-5775

### ORDER

The forgoing Motion having been presented to the Court, it is ORDERED: Granted/Denied and it is further ordered that the Co-Plaintiff' Intervening Complaint be filed.

BY THE COURT,

DATE: _____      _____
                          Judge/Clerk