UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID W. SMITH and MARY ANN SMITH,<br>    Plaintiff<br><br>v.<br><br>RESPONSIVE TRUCKING COMPANY, INC.,<br>and RICHARD R. STEWART, JR. | CIVIL ACTION NO.:<br>04-30101-MAP |

**INTERVENING COMPLAINT**

1. The Plaintiff was employed by the Co-Plaintiff, ALSTOM Power, Inc.

2. The Plaintiff alleges that he was caused to suffer bodily injures.

3. The employment of the Plaintiff by the Co-Plaintiff was within the Scope of the Workers' Compensation Act of the State of Connecticut and the Plaintiff alleges that his injuries arose out of and in the course of his employment.

4. At all times relevant hereto, the Co-Plaintiff, Gallagher Bassett Services, Inc., was the workers' compensation provider for ALSTOM Power Inc.

5. As a consequence of the Plaintiff's alleged work related injuries, the Co-Plaintiffs may have expended or become obliged to expend sums of money for payment of compensation and medical payments, and may be obliged to expend further sums in the future for such further compensations as may be awarded by a

Compensation Commissioner or as may be agreed upon by the parties and approved by a Commissioner.

6. The Plaintiff has instituted an action known as a third-party action under the terms of the Connecticut General Statutes, Section 31-293, returnable to the United States District Court, District of Massachusetts at Springfield, to recover damaged for which the named Defendant is allegedly legally liable.

7. The Co-Plaintiffs claims that any damages recovered in said action shall be so paid and apportioned that they will be reimbursed for amounts paid an to be paid under the Workers' Compensation Act for the State of Connecticut.

THE CO-PLAINTIFFS,
ALSTOM POWER INC. AND
GALLAGHER BASSETT SERVICES, INC.,
BY THEIR ATTORNEY,

Date: 6/22/04

Anthony M. Campo, BBO# 552093
BOYLE, MORRISSEY & CAMPO, P.C.
25 Stuart Street, 3rd Floor
Boston, MA 02116
(617) 451-2000
Fax: (617) 451-5775