## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d) I, Anthony M. Campo, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

Mark J. Albano, Esq.
Dalsey, Ferrara, & Albano
73 State Street, Suite 101
Springfield, MA 01103

Kevin G. Murphy, Esq.
Pessolan, Dusel, Murphy & Casartello
115 State Street, 5th Floor
Springfield, MA 01103

SIGNED UNDER THE PENALTIES OF PERJURY THIS _____ DAY OF _____, 200__.

Anthony M. Campo, BBO# 552093
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775