UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-30101-MAP

DAVID W. SMITH and MARY ANN SMITH,
Plaintiffs,

vs.

RESPONSIVE TRUCKING, INC. and RICHARD R. STEWART, JR.,
Defendants.

## PLAINTIFFS' CERTIFICATION OF BUDGET AND ADR CONFERENCE

The undersigned hereby certify, pursuant to Local Rule 16.1(D)(3), that on May 18, 2004, and thereafter, they conferred by telephone and through written correspondence as follows:

   a. With a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation; and

   b. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: 6/25/04

THE PLAINTIFFS,
DAVID W. SMITH
and MARY ANN SMITH,

By: _____
Mark J. Albano, Esq.
DALSEY, FERRARA & ALBANO
73 State Street, Suite 101
Springfield, MA 01103-2069
Tel. (413) 736-6971
Fax. (413) 746-9224
B.B.O. No.: 013860

THE PLAINTIFFS,

_____
David W. Smith

_____
Mary Ann Smith