UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-30101-MAP

DAVID W. SMITH and MARY ANN SMITH,
Plaintiffs,

vs.

RESPONSIVE TRUCKING, INC. and RICHARD R. STEWART, Jr.,
Defendants.

## PARTIES' JOINT STATEMENT AND STIPULATED PRETRIAL SCHEDULE

The parties to the above-referenced, by their undersigned counsel and in accordance with their conferences since June 8, 2004, hereby stipulate, pursuant to Local Rule 16.1(D), and Fed. R. Civ. P. 26(f), that the agenda for the July 19, 2004 Pretrial Scheduling Conference and the pretrial schedule in this matter be established as follows:

### A. Discovery

1. The parties' Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A) shall be served before August 31, 2004.

2. All paper discovery to be completed by October 29, 2004. The parties shall serve requests at a sufficiently early date to allow the time required by the applicable rules for responses this deadline.

3. All non-expert depositions to be completed by December 31, 2004.

4. Plaintiff's Expert Disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be served on or before January 31, 2005.

5. Defendant's Expert Disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be served on or before February 15, 2005.

6. Depositions of plaintiff's experts shall be completed by March 15, 2005.

7. Depositions of defendant's experts shall be completed by April 30, 2005.

### B. *Miscellaneous Agenda*

8. All amendments to the pleadings or joinder of parties, either as party defendants or third-party defendants, must be requested by motion filed on or before October 31, 2004.

9. All motions for summary judgment, if not filed earlier, must be filed and served by January 15, 2005.

10. There is presently no unanimity among the parties concerning the use of ADR procedures.

11. There is presently no unanimity among the parties concerning consent to proceed before the magistrate judge.

12. The parties request a trial in July 2005.

Dated: July 14, 2004

| THE PLAINTIFFS,<br>DAVID W. SMITH and<br>MARY ANN SMITH, | THE DEFENDANTS,<br>RESPONSIVE TRUCKING, INC.<br>and RICHARD R. STEWART, Jr., |
|---|---|
| By: */s/ Mark J. Albano*<br>Mark J. Albano, Esq.<br>DALSEY, FERRARA & ALBANO<br>73 State Street, Suite 101<br>Springfield, MA  01103-2069<br>Tel. No.: (413) 736-6971<br>Fax. No.: (413) 746-9224<br>B.B.O. No.:  013860<br>email: malbano@dalsey-ferrara.com | By: */s/ Kevin G. Murphy* by MJA<br>Kevin G. Murphy, Esq.<br>PESSOLANO, DUSEL, MURPHY<br> & CASARTELLO<br>115 State Street, Fifth Floor<br>Post Office Box 30117<br>Springfield, MA 01103-0117<br>Tel. No.: (413) 781-4700<br>Fax. No.: (413) 781.0471<br>B.B.O. No.:  363110<br>email:  kgmurphy@pdmcpc.com |

3