UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID W. SMITH and )
MARY ANN SMITH, )
                Plaintiffs )
)
vs. )  CASE NUMBER: 04-30101-MAP
)
RESPONSIVE TRUCKING, INC. and )
RICHARD R. STEWART, JR., )
                Defendants )

## DEFENDANTS' CERTIFICATION OF BUDGET AND ADR CONFERENCE

The undersigned hereby certify, pursuant to Local Rule 16.1(D)(3), that on July 14, 2004 and thereafter, they conferred as follows:

    a.    With a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

    b.    To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: July 14, 2004

THE DEFENDANTS,
RESPONSIVE TRUCKING, INC. and
RICHARD R. STEWART, JR.
By Their Attorney

_____
Susan Duda, Claim Specialist
General Casualty Insurance
POB 519
Simsbury CT 06070

_____
Kevin G. Murphy, Esquire
Pessolano, Dusel, Murphy & Casartello, PC
115 State Street, Fifth Floor
Springfield, MA 01103
(413) 781-4700
(413) 781-0471 (fax)
BBO No. 363110