UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID W. SMITH and MARY ANN SMITH,<br>    Plaintiff<br><br>v.<br><br>RESPONSIVE TRUCKING COMPANY, INC.,<br>and RICHARD R. STEWART, JR. | CIVIL ACTION NO.:<br>04-30101-MAP |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the co-plaintiff, ALSTOM Power Inc. and Gallagher Bassett Services, Inc., in the above-captioned action.

THE CO-PLAINTIFFS,
ALSTOM POWER INC. AND
GALLAGHER BASSETT SERVICES, INC.,
BY THEIR ATTORNEY,

Dated: 7/19/04

Christopher G. Long, BBO# 645217
BOYLE, MORRISSEY & CAMPO, P.C.
25 Stuart Street, 3rd Floor
Boston, MA 02116
(617) 451-2000
Fax: (617) 451-5775