UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID W. SMITH and            )
MARY ANN SMITH,               )
                  Plaintiffs  )
                              )
        v.                    )        Civil Action No. 04-30101-MAP
                              )
                              )
RESPONSIVE TRUCKING, INC., and  )
RICHARD R. STEWART, JR.,       )
                  Defendants   )

SCHEDULING ORDER
July 19, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held

this day:

1.      The parties shall complete their automatic disclosures by August 31,

2004.

2.      All written discovery shall be completed by October 29, 2004.

3.      Non-expert depositions shall be completed by December 30, 2004.

4.      Counsel shall appear for a case management conference on January 4,

2005, at 10:00 a.m. in Courtroom Three.

5.      Plaintiffs shall designate and disclose information regarding their trial

experts as required by FED. R. CIV. P. 26(a)(2) by January 31, 2005.

6.      Defendants shall designate and disclose information regarding their trial

experts as required by FED. R. CIV. P. 26(a)(2) by February 15, 2005.

7.    All expert depositions shall be completed by March 15, 2005.

IT IS SO ORDERED.


DATED: July 19, 2004


                                    /s/ Kenneth P. Neiman
                                    KENNETH P. NEIMAN
                                    U.S. Magistrate Judge