UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID W. SMITH and MARY ANN SMITH,<br>    Plaintiff<br><br>Gallagher Bassett Services, Inc.,<br>    Intervenor Plaintiff<br><br>v.<br><br>RESPONSIVE TRUCKING COMPANY, INC.,<br>and RICHARD R. STEWART, JR. | CIVIL ACTION NO.:<br>04-30101-MAP |

**NOTICE OF CHANGE OF ADDRESS**

TO THE CLERK:

Please be advised that as of November 29, 2004, our Boston office will be located at:

> Boyle, Morrissey & Campo, P.C.
> 695 Atlantic Avenue, 11th Floor
> Boston, MA 02111

Also, please note that our telephone, facsimile, and email will remain the same.

                                    THE INTERVENOR PLAINTIFF,
                                    GALLAGHER BASSETT SERVICES, INC.,
                                    BY ITS ATTORNEYS,

DATED: 11/15/04                     /s/ Michael W. Morrissey
                                    Michael W. Morrissey, BBO# 645756
                                    Christopher G. Long, BBO# 645217
                                    BOYLE, MORRISSEY & CAMPO, P.C.
                                    25 Stuart Street
                                    Boston, MA 02116
                                    (617) 451-2000

\\boyle4\apps\WordDocs\Cases\6101\Change of Address Letters\Not of COA.doc

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d) I, Michael W. Morrissey, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

Mark J. Albano, Esq.
Dalsey, Ferrara, & Albano
73 State Street, Suite 101
Springfield, MA 01103

Kevin G. Murphy, Esq.
Pessolan, Dusel, Murphy & Casartello
115 State Street, 5th Floor
Springfield, MA 01103

SIGNED UNDER THE PENALTIES OF PERJURY THIS 15th DAY OF November, 2004.

Michael W. Morrissey, BBO# 546756
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775