UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID W. SMITH and )
MARY ANN SMITH, )
         Plaintiffs )
)
vs. ) CASE NUMBER: 04-30101-MAP
)
RESPONSIVE TRUCKING, INC. and )
RICHARD R. STEWART, JR., )
         Defendants )

## DEFENDANTS' MOTION TO CONTINUE STATUS CONFERENCE

Now comes the Defendants in the above-entitled matter and respectfully request this Honorable Court to continue the Status Conference scheduled for January 4, 2005 until January 6, 2005 at 9:30 a.m.

In support of this motion the Defendants state that Counsel is scheduled to begin a jury trial in Northampton District Court, Civil Action No.: 341 CV 0299 in the matter of Michael Kachelmeyer vs. Hazel Paquette, and is unavailable on January 4, 2004

Whereby the Defendants respectfully request that this Status Conference be continued until January 6, 2005.

                             THE DEFENDANTS,
                             By Their Attorney

                             Kevin G. Murphy, His Attorney
                             Pessolano, Dusel, Murphy & Casartello, PC
                             115 State Street - 5th Floor
                             Springfield, MA 01103
                             Phone (413) 781-4700
                             Fax (413)781-0471
                             B.B.O. #363110

## CERTIFICATE OF SERVICE

I, Kevin G. Murphy, Esq., counsel of record, do hereby certify that on April 16, 2004, I made service of the foregoing document by mailing a copy of same, postage prepaid, first class mail, to: Mark J. Albano, Esq., 73 State Street - Suite 101, Springfield, MA 01103 and Anthony M. Campo, Esq., 596 Atlantic Avenue - 11th Floor, Boston, MA 02111.

Dated: December 30, 2004

_____
Kevin G. Murphy, Esq.