✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS _____

| | |
|---|---|
| DAVID W. SMITH | **NOTICE** |
| V. | |
| RESPONSIVE TRUCKING, INC. | CASE NUMBER:   04-30101-MAP |

TYPE OF CASE:

☒   **CIVIL**          **CRIMINAL**

☐   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

CASE MANAGEMENT  CONFERENCE

☒   **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **January 6, 2005, at  9:30 a.m.** | **January 26, 2005, at 10:00 a.m.** |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| | |
|---|---|
| January 7, 2005 | /s/ *Bethaney A. Healy* |
| DATE | (BY) DEPUTY CLERK |

TO:      ALL  COUNSEL OF RECORD