UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-30101-MAP

DAVID W. SMITH and MARY ANN SMITH,
Plaintiffs,

vs.

RESPONSIVE TRUCKING, INC. and RICHARD R. STEWART, Jr.,
Defendants.

### PROTECTIVE ORDER

Inasmuch as counsel for the plaintiffs in the above-referenced is scheduled to appear for a Status Conference in this matter on Wednesday, January 26, 2005 at 9:30 a.m., and inasmuch as counsel for the plaintiffs is also scheduled to appear in the Palmer District Court as counsel for the defendant at a Pre-Trial Conference on that date at 9:00 a.m. in a case entitled *Commonwealth v. Pavel Shvetsov*, Palmer District Court, Docket No. 0443CR002385, and inasmuch as such a conflict is not addressed in Local Rule 40.2, counsel for the plaintiffs herein should be exempted from appearance in the criminal matter which should be rescheduled by the court there.

Signed on this 21st day of January, 2005.

Kenneth P. Neiman, Magistrate Judge

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-30101-MAP

DAVID W. SMITH and MARY ANN SMITH,
Plaintiffs,

vs.

RESPONSIVE TRUCKING, INC. and RICHARD R. STEWART, Jr.,
Defendants.

**PROTECTIVE ORDER**

Inasmuch as counsel for the plaintiffs in the above-referenced is scheduled to appear for a Status Conference in this matter on Wednesday, January 26, 2005 at 9:30 a.m., and inasmuch as counsel for the plaintiffs is also scheduled to appear in the Palmer District Court as counsel for the defendant at a Pre-Trial Conference on that date at 9:00 a.m. in a case entitled *Commonwealth v. Pavel Shvetsov*, Palmer District Court, Docket No. 0443CR002385, and inasmuch as such a conflict is not addressed in Local Rule 40.2, counsel for the plaintiffs herein should be exempted from appearance in the criminal matter which should be rescheduled by the court there.

Signed on this 21st day of January, 2005.

Kenneth P. Neiman, Magistrate Judge

1