UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID W. SMITH and )
MARY ANN SMITH, )
         Plaintiffs )
          )
v. )   Civil Action No. 04-30101-MAP
          )
          )
RESPONSIVE TRUCKING, INC., and )
RICHARD R. STEWART, JR., )
         Defendants )

REVISED SCHEDULING ORDER
January 27, 2005

NEIMAN, U.S.M.J.

The following revised schedule was established at the case management conference on January 26, 2005:

1. Non-expert depositions shall be completed by March 31, 2005.

2. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by March 31, 2005.

3. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by May 2, 2005.

4. All expert depositions shall be completed by June 3, 2005.

5. Counsel shall appear for a case management conference on June 8, 2005, at 2:00 p.m. in Courtroom Three.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED: January 27, 2005

                                                 /s/ Kenneth P. Neiman  
                                               KENNETH P. NEIMAN  
                                               U.S. Magistrate Judge