UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


DAVID W. SMITH, et al.,                )
                      Plaintiffs       )
                                       )
                                       )
        v.                             )        Civil Action No. 04-30101-KPN
                                       )
                                       )
RESPONSIVE TRUCKING, et al.,           )
                      Defendants       )


SETTLEMENT ORDER OF DISMISSAL
October 12, 2005


        The court, having been advised on October 12, 2005, that the above-entitled

action has been settled;

        IT IS ORDERED that this action is hereby dismissed without costs and without

prejudice to the right of any party, upon good cause shown, to reopen the action within

thirty (30) days if settlement is not consummated.

                                By the Court,


                                 /s/ Bethaney A. Healy
                                Bethaney A. Healy
                                Deputy Clerk