UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID W. SMITH and <br> MARY ANN SMITH, <br> Plaintiffs <br><br> and <br><br> Gallagher Bassett Services, Inc., <br> Intervenor Plaintiff, <br><br> vs. <br><br> RESPONSIVE TRUCKING, INC. and <br> RICHARD R. STEWART, JR., <br> Defendants | CASE NUMBER: 04-30101-MAP |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 (a) (1) (ii) of the Massachusetts Rules of Civil Procedure, the parties hereto stipulate that the above action be dismissed, with prejudice, without cost or interest.

The Plaintiffs,
By Their Attorney,

_____ 11/10/05
Mark J. Albano, Esq
Dalsey, Ferrara & Albano
73 State Street
Springfield, MA 01103
(413) 736-6971
(413) 746-9224 (fax)
BBO No. 013860
Dated: 11/10/05

The Defendants,
By Their Attorney,

_____
Kevin G. Murphy, Esq
Pessolano, Dusel, Murphy & Casartello, PC
115 State Street, Fifth Floor
Springfield, MA 01103
(413) 781-4700
(413) 781-0471 (fax)
BBO No. 363110
Dated: 11/17/05

The Intervenor Plaintiff,
By Its Attorney

_____
Anthony M. Campo, Esq.
Boyle, Morrissey & Campo, PC
695 Atlantic Avenue - 11th Floor
Boston, MA 02111
(617) 451-2000
(617) 451-5775 (fax)
BBO No. 552093
Dated: 11/10/05